UNITED STATES DISTRICT COURT

NEW JERSEY DISTRICT COURT

| | |
|---|---|
| MUNEER MUSTAFTA TAWAM,<br><br>    Plaintiff,<br>v.<br><br>JERSEY CENTRAL FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. 2:17-cv-13732-ES-MAH<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MUNEER MUSTAFTA TAWAM voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

CLARK LAW FIRM, PC

By: _____
MARK W. MORRIS, ESQ.

Gerald H. Clark, Esq. NJ Bar No.048281997
Mark W. Morris, Esq. NJ Bar No. 118292015
Lazaro Berenguer, Esq.
811 Sixteenth Avenue
Belmar, New Jersey 07719
Phone: (732) 443-0333
Fax (732) 894-9647
Fax: (504) 524-5763

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Newport Trial Group
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469

1

*Attorneys for Plaintiff*

Dated: April 19, 2018

So Ordered.

_____
Esther Salas, U.S.D.J.
4/23/18